**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>GAUNTLETT & ASSOCIATES<br>David A. Gauntlett, Esq. (SBN 96399); James A. Lowe, Esq. (SBN 214383)<br>18400 Von Karman, Suite 300<br>Irvine, California 92612<br>  TELEPHONE NO (949) 553-1010    FAX NO *(Optional)* (949) 553-2050<br>E-MAIL ADDRESS *(Optional)* info@gauntlettlaw.com; jal@gauntlettlaw.com<br>ATTORNEY FOR *(Name)* Plaintiff LIFESTYLE PUBLICATIONS, LLC | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC] |
|---|
| STREET ADDRESS |
| MAILING ADDRESS |
| CITY AND ZIP CODE |
| BRANCH NAME  CENTRAL DISTRICT |

| PLAINTIFF/PETITIONER  LIFESTYLE MEDIA SOLUTIONS, LLC, etc. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, etc | 8:20-cv-00842-JVS (DFMx) |

| **PROOF OF SERVICE OF SUMMONS** | Ref No or File No<br>1851782KQ |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)* Civil Cover Sheet, Initial Order Following Filing Complaint Assigned to Judge Selna; Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Declaration Judgment, Breach of Contract, and Breach of the Duty of Good Faith and Fair Dealing, First Amended Complaint, Certification and Notice of Interested Parties

3. a. Party served *(specify name of party as shown on documents served):*
   Travelers Casualty and Surety Company of America

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   CSC Lawyers Incorporating Service, Agent by serving Kaitlyn Mannix, Workflow Coordinator

4. Address where the party was served:
   2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833

5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 05/06/2020   (2) at *(time):* 12:21 p.m.
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served I informed him or her of the general nature of the papers

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415 20). I mailed the documents on *(date):*       from *(city):*       or ☐ a declaration of mailing is attached

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service

Page 1 of 2

| PLAINTIFF/PETITIONER: LIFESTYLE MEDIA SOLUTIONS, LLC, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, etc. | 8:20-cv-00842-JVS (DFMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Travelers Casualty and Surety Company of America
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
   a. Name: Alvin Angeles, Ace Attorney Service, Inc.
   b. Address: 901 F Street. Suite 150, Sacramento, California 95814
   c. Telephone number: (916) 447-4000
   d. **The fee** for service was: $ 231.93
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: May 15, 2019

ALVIN ANGELES
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*
(SIGNATURE)