JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LIFESTYLE MEDIA SOLUTIONS, LLC, a Missouri limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Defendant. | Case No.: 8:20-cv-00842-JVS-ADS<br><br>**Hon. James V. Selna**<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation to Dismiss With Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-referenced action between Plaintiff LIFESTYLE MEDIA SOLUTIONS, LLC, and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, including all claims and counterclaims, is hereby dismissed with prejudice, pursuant to the terms of a confidential settlement agreement.

Each Party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: November 16, 2020           By: _____

                                                  **JAMES V. SELNA**
                                                  United States District Judge